UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** } | |
| } | |
| v. } | Crim No. 06-092-04 (TFH) |
| } | |
| Raymond Francis Cooke, et.al., ) | |
| **NIEL EUGINE THOMAS** ) | |
| a/k/a Neil Eugene Thompson ) | |
| Defendant No. 04 ) | |
| _____} | |

## NOTICE OF APPEARANCE

COMES NOW, James W. Rudasill, Jr., #318113, pursuant to Local Criminal Rule 44.5(a) and respectfully request that the Clerk of the Court enter his appearance in this case as appointed counsel pursuant to the Criminal Justice Act , Title 18 U.S.C. Section 3006A for defendant, Neil Eugine Thomas, also known as Neil Eugene Thompson, *nunc pro tunc,* as of April 11, 2006.

Respectfully submitted,

_____
James W. Rudasill, Jr #318113
717 D Street, N.W.
Suite 310
Washington, D.C.  20004
(202) 783-7908
rudasilljr7@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Notice was served by ECF mail on Martin Carpenter, Esq.,  Assistant United States Attorney, 555 Fourth Street, NW, Washington, D.C.  20001, and all defense counsel of record.

_____
James W. Rudasill, Jr.