UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
)
vs. )   DOCKET NO.: 06-92-03
)
Niel Eugine Thomas aka Neil )
Eugene Thompson

ORDER

The U.S. Probation Office completed and disclosed the Presentence Report on October 10, 2007.

The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant.

Accordingly, it is by the Court, this **2** day of **Nov.**, 20**07**,

**ORDERED,** that within five days of the date of this Order, counsel for the defendant shall execute the receipt and acknowledgment form and counsel for the defendant shall hand-deliver the same to the U.S. Probation Office.

_____
**Thomas F. Hogan**
**Cheif Judge**

__11/2/07_____
**DATE**