UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No.   06-92-03  (TFH) |
| v. : | |
| : | Sentencing Date:  November 14, 2007 |
| NIEL EUGINE THOMAS aka : | |
| EUGENE THOMPSON, : | **FILED** |
| Defendant. : | NOV 1 6 2007 |
| _____ : | NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT |

### ORDER

Upon consideration of the Government's Motions related to Defendant Thomas' sentencing and for good cause having been shown, it is hereby **ORDERED**:

IT IS HEREBY ORDERED, that the Government's motion for the award of the third point for acceptance of responsibility and its motion based on cooperation and departure for the performance of substantial assistance are GRANTED.

IT IS HEREBY FURTHER ORDERED, that Defendant Thomas' case shall be immediately unsealed for all purposes.

IT IS SO ORDERED on this _____14th_____ of November, 2007.

_____
The Honorable Thomas f. Hogan
Chief Judge, United States District Court
for the District of Columbia

cc:

Martin Dee Carpenter
Assistant United States Attorney
Organized Crime and
Narcotics Trafficking Section
Room No. 4828
555 Fourth Street, Northwest
Washington, D.C. 20530
Office No. 202-514-7063
Fax No. 202-353-9414
Email: martin.carpenter2@usdoj.gov

James W. Rudasill, Jr., Esquire
710 D Street, Northwest
Washington, D.C. 20004
Office No. (202) 783-7908
Cell No.   (202) 841-5522

Clerk of the Court
United States District Court
for the District of Columbia

USPO Tennille Losch
United States Probation Office
United States District Court
for the District of Columbia
Office No. (202) 565-1385