CO-526
(12/86)

**FILED**

JUN 16 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                            )
                            )
         vs.                )   Criminal No. 06-92-03
                            )
  Neil Eugene Thompson      )          UNSEALED
                            )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Neil Thompson
            Defendant

_____
            Counsel for defendant

I consent:

_____
AUSA, United States Attorney

Approved:

_____
            Judge