UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                       )<br>)<br>NIEL E. THOMAS aka       )<br>    NEIL E. THOMPSON,    )<br>)<br>_____DEFENDANT.___) | Crim. No.  06-92-03 (TFH)<br>(FILE UNDER SEAL)   UNSEALED<br><br>Status Hearing: September 11, 2007<br><br>**FILED**<br>AUG 3 0 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### JOINT MOTION TO VACATE THE STATUS CONFERENCE AND TO SCHEDULE THE SENTENCING HEARING

Defendant, Niel E. Thomas, through his defense counsel and Government Counsel, respectfully requests that the Status Conference Hearing scheduled for Tuesday, September 11, 2007, be vacated and that this matter be scheduled for a sentencing hearing at the convenience of this Court.

As grounds for this motion, counsel for the parties state:

1.  Defendant Thomas is before the Court pending his Sentencing Hearing. He entered a guilty plea to one count of Conspiracy to Distribute and Possess with Intent to Distribute 50 grams or more of Cocaine Base in violation of 21 U.S.C. § 846, § 841(a)(1) and § 841(b)(1)(A)(iii). The plea is sealed and pursuant to a cooperation agreement.

2.      Defendant Thomas was charged with co-defendant Raymond Francis Cooke, who entered a plea of guilty today, Wednesday, August 29, 2007, before Magistrate Judge Alan Kay. Defendant Thomas' cooperation and sentencing were related to the outcome of Defendant Cooke's case.

3.      The partied agree that Defendant Thomas' case can proceed to sentencing because there is no need to await the final resolution of Defendant Cooke's case.  Accordingly, based on these representations, the parties request that the Court vacate the September 11, Status Conference Hearing and schedule Defendant Thomas for a Sentencing Hearing.

4.      The parties request that the Sentencing Hearing, if the Court is available, be scheduled for the week of November 13, 2007[1].

Wherefore, Defendant Thomas through his defense counsel, Esquire James W. Rudasill, Jr., and the Government respectfully requests that the Status conference Hearing scheduled for September 11, 2007, be vacated and that the Sentencing Hearing be scheduled.

WHEREFORE, it is respectfully requested that this motion be granted.

> Respectfully submitted,
>
> JEFFREY A. TAYLOR
> UNITED STATES ATTORNEY
> D.C. Bar No. 246-470
>
> By: *[signature]*
> MARTIN DEE CARPENTER
> Assistant United States Attorney

---

[1]     Monday, November 12, 2007, is a federal holiday.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this pleading has been filed and served, this 29th day of August, 2007, to counsel for Defendant Thomas, James W. Rudasill, Jr., Facsimile to (202) 628-2881, Office No. (202) 783-7908 or Cell Phone (202) 841-5522.

*/s/ Martin Dee Carpenter*
MARTIN DEE CARPENTER, Bar No. 431-211
Assistant United States Attorney
Organized Crime & Narcotics Trafficking Section
555 4th Street, N.W., Room No. 4116
Washington, D.C. 20530
(202) 514-7063