**FILED**

**SEP 11 2007**

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-92-03 (TFH) |
| | : | |
| NIEL EUGINE THOMAS, also known as | : | |
| NEIL EUGENE THOMPSON, | : | Status Hearing: September 11, 2007 |
| Defendant. | : | |
| | : | **UNDER SEAL**   UNSEALED |

### ORDER

Based on the representations in the parties joint motion to request that the Status Conference Hearing scheduled for Tuesday, September 11, 2007, be vacated and that this matter be scheduled for a sentencing hearing at the convenience of this Court, the motion is hereby GRANTED.

Based on the above, it is this __31__ day of __August__, 2007, hereby ORDERED that Defendant Thomas be referred to the United States Probation Office for the preparation of his presentence investigation report.

IT IS HEREBY FURTHER ORDERED that the sentencing hearing in this case shall be set for the __14th__ day of __November__, at __10:00__ (a.m.)/p.m.

IT IS SO ORDERED:

_____
JUDGE THOMAS F. HOGAN
United States District Court for
the District of Columbia

UNSEALED

cc:

Martin Dee Carpenter
Assistant United States Attorney
Criminal Division, Narcotics Section
555 4th Street, N.W., Room No. 4116
Washington, D.C. 20530
Office No. (202) 514-7063
Facsimile   (202) 616-2296
Email: martin.carpenter2@usdoj.gov

Esquire James W. Rudasill, Jr.
Attorney-At-Law
Suite No. 310
717 D. Street, Northwest
Washington, D.C.  20004
Office No. (202) 783-7908
Cell Phone (202) 841-5522
Facsimile   (202) 628-2881
Email: rudasilljr7@aol.com

Clerk of the Court
United States District Court
for the District of Columbia

United States Probation Office
United States District Court
for the District of Columbia