WARRANT FOR ARREST

CO-180 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO  06-092-03 | MAGIS NO |
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| Neil Eugine Thomas, aka Neil Euguene Thompson | NEIL EUGINE THOMAS | **FILED** MAY 0 1 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

UNSEALED

| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | |
|---|---|---|
| [x] Order of Court   [ ] Information   [ ] Indictment   [ ] Complaint | | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

FAILURE TO APPEAR FOR A STATUS CONFERENCE BEFORE MAGISTRATE JUDGE JOHN M. FACCIOLA ON 09/21/06.

21 USC 846 Conspiracy to Distribute and Possess with Intent to Distribute 50 grams or more of cocaine base, cocaine and cannabis

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION  21 USC 846 | |
|---|---|---|
| BAIL FIXED BY COURT  HWOB | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY  MAGISTRATE JUDGE JOHN M. FACCIOLA | JUDGE/MAGISTRATE JUDGE  MAGISTRATE JUDGE JOHN M. FACCIOLA | DATE ISSUED  09/21/06 |
| CLERK OF COURT  Nancy Mayer-Whittington | BY DEPUTY CLERK | DATE  09/21/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  9/26/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED  5/1/07 | Walker, DUSM | |

1220368

** TOTAL PAG